```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
JAMES KALAMARAS, ET AL.

                                         ORDER OF DISMISSAL FOR
         -v-                               LACK OF ACTIVITY
                                         ADOPTING REPORT & RECOMMENDATION
                                         CV 16- 459 (JS)(ARL)

MICHAEL SPOSATO, ET AL.
----------------------------------------X
```

APPEARANCES:

FOR PLAINTIFF(S):
James Kalamaras, *Pro Se*
1495 Straight Path
Lindenhurst  NY 11757

Jonathan Hooks, *Pro Se*
15000169
Nassau Co. Correctional Center
100 Carman Av.
East Meadow  NY 11554

Laphael McClenic, *Pro Se*
15007005
Nassau Co. Correctional Center
100 Carman Av.
East Meadow  NY 11554

Justin Bell, *Pro Se*
14007747
Nassau Co. Correctional Center
100 Carman Av.
East Meadow  NY 11554


FOR DEFENDANT(S):
James LaRusso, Esq.
Nassau Co. Attorney's Office
1 West St.
Mineola  NY 11501


SEYBERT, DISTRICT JUDGE:

   The above-captioned action was opened with the filing of a complaint on Jan. 15, 2016.

   On Sep. 12, 2017, Magistrate Judge Arlene Rosario issued an Order to Show Cause (docket entry [36]) directing the plaintiffs to update their addresses and submit narrative statements. The order warned, "failure to comply with this

Order will result in a Report & Recommendation to the District Judge that this action be dismissed with prejudice for a failure to prosecute." Absent any response from Plaintiffs, Judge Lindsay issued her Report & Recommendation on Nov. 3, 2017 (docket entry [40]). There has been nothing filed since that time, and the Court's mailings continue to be returned, so the Report & Recommendation is ADOPTED.

IT IS HEREBY ORDERED that the case be DISMISSED with prejudice for lack of prosecution, pursuant to Rule 41(b), Federal Rules of Civil Procedure. The Clerk of Court is directed to enter judgment and mark the case closed.

SO ORDERED.

/s/ JOANNA SEYBERT
JOANNA SEYBERT, U.S.D.J.

Dated: Central Islip, New York
Dec. 14, 2017